Case Affirmed Without Opinion Under sec. (Rule) 251.93.

October 22, 1973.

No. 411. LARKIN, by Guardian *ad litem,* and another, Plaintiffs, v. WAGNER and another, Defendants and Respondents: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant and Appellant.

*By the Court.*—Judgment affirmed.